103 P.3d 428

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Higashi v. Higashi | 25354 | 12/17/2004 Denied | 106 Hawai'i 228, 103 P.3d 388 |